LITCHFIELD CAVO LLP
ATTORNEYS AT LAW

WRITER'S ADDRESS:
6 Kimball Lane | Suite 200
Lynnfield, MA 01940-2682
D 781-309-1521
F 781-246-0167

IN CLERKS OFFICE
2023 NOV -6 PM 4:05

Nora R. Adukonis
Email: Adukonis@LitchfieldCavo.com

November 1, 2023

Clerk of Court
United States District Court
One Courthouse Way - Suite 2-300
Boston, MA 02210

Re: Joseph Pepicelli v. Everett Police Department, et al
USDC Case No. 1:23-cv-12406-IT
Middlesex Superior Court, Civil Action #2381CV02671
L.C. File No.: 2282-1527

Dear Sir or Madam:

Enclosed in connection with the Notice of Removal of the above matter, please find certified copies of all records, proceedings and docket entries in the state court action.

Thank you for your attention to this matter.

Very truly yours,

Nora R. Adukonis

NRA/kmj
Enclosures