UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH PEPICELLI, Plaintiff, | ) ) ) ) | |
| v. | ) ) | C.A. No. 1:23-cv-12406-MPK |
| EVERETT POLICE DEPARTMENT, CITY OF EVERETT, POLICE CHIEF STEVEN MAZZIE, and LIEUTENANT NEIL BURKE, Defendants. | ) ) ) ) ) ) | |

## **JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER**

The parties, Plaintiff Joseph Pepicelli ("Plaintiff") and Defendants Everett Police Department, City of Everett, Police Chief Steven Mazzie, and Lieutenant Neil Burke (collectively, "Defendants"), by and through undersigned counsel, hereby jointly move this Honorable Court for an Order extending the remaining deadlines set forth in the Court's Scheduling Order. In support of this Motion, the Parties state as follows:

1.  The current Scheduling Order provides that Rule 56 motions shall be filed by February 19, 2025, with oppositions due within thirty (30) days thereafter, and hearings to be scheduled after April 15, 2026.

2.  The Parties respectfully request that the deadline for filing dispositive motions be extended from February 19, 2025 to March 19, 2026, and that all related deadlines be adjusted accordingly, including:

    a. Oppositions to dispositive motions to be due within thirty (30) days of the filing of any such motion; and

    b. Hearings on dispositive motions to be scheduled after May 15, 2026.

3. Good cause exists for the requested extension. The Parties are working together to exchange some additional discovery prior to filing Rule 56 Motions.

4. No party will be prejudiced by the requested modification of the Scheduling Order, and the requested extension will promote the interests of justice and judicial efficiency.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order extending the deadline for dispositive motions to March 19, 2026, and adjusting all related deadlines accordingly.

Dated: February 17, 2026

Respectfully submitted,
The Plaintiff,
By His Attorneys,

*/s/ Cassidy E. Almon*

_____
Cassidy E. Almon, Esq. BBO #710691
Steven J. Marullo, Esq. BBO #323040
Law Office of Steven J. Marullo
435 Newbury Street, Suite 217
Danvers, MA 01923
617-723-1111
cealmonlaw@gmail.com
sjmlaw@verizon.net

The Defendants.
By their Attorney,

*/s/ Nora R. Adukonis*

_____
Nora R. Adukonis, BBO #675932
6 Kimball Lane, Suite 200
Lynnfield, MA 01940-2682
(781) 309-1500
adukonis@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I, Cassidy E. Almon, hereby certify that on February 17, 2026, I served the foregoing by first class mail and email on counsel of record for Defendants.

*/s/ Cassidy E. Almon*

Cassidy E. Almon, Esq.