UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH PEPICELLI, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 1:23-cv-12406-MPK |
| | ) | |
| EVERETT POLICE DEPARTMENT, | ) | |
| CITY OF EVERETT, | ) | |
| POLICE CHIEF STEVEN MAZZIE, | ) | |
| and LIEUTENANT NEIL BURKE, | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes the Plaintiff, Joseph Pepicelli ("Plaintiff"), by and through his undersigned counsel, and hereby moves this Honorable Court, pursuant to Fed. R. Civ. P. 56, for partial summary judgment as to liability on Count II of his Complaint for heritage discrimination in violation of M.G.L. c. 151B. In support thereof, Plaintiff submits an accompanying Memorandum of Law, an Affidavit, a Statement of Undisputed Facts, and an Appendix of Exhibits.

Dated: March 19, 2026

Respectfully submitted,
Joseph Pepicelli, Plaintiff
By His Counsel,


*/s/ Cassidy E. Almon*

_____
Cassidy E. Almon, Esq. BBO# 710691
Law Offices of Steven J. Marullo
435 Newbury Street, Suite 217
Danvers, MA 01923
Tel: 617-723-1111
e-mail: cealmonlaw@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I, Cassidy E. Almon, Plaintiff's counsel herein, hereby certify that on this 19th day of March, 2026, I served the foregoing by e-mail or by mailing a copy hereof, by first class mail, to all counsel of record herein.


*/s/ Cassidy E. Almon*

_____

Cassidy E. Almon, Esq.