# EXHIBIT
# 1

VOLUME - 1
PAGES - 1-39
EXHIBITS - 0

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO:  1:23-CV-12406-JEK

~~~~~~~~~~~~~~~~~~~~~~~~~~

JOSEPH PEPICELLI,

                    Plaintiff,

v.

EVERETT POLICE DEPARTMENT,

CITY OF EVERETT, POLICE CHIEF

STEVEN MAZZIE, and

LIEUTENANT NEIL BURKE,

                    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~

        DEPOSITION OF NEIL BURKE, a witness called on behalf of the Plaintiff, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Jennifer M. Vaillancourt (CSR #154422) a Registered Professional Reporter, and Notary Public in and for the Commonwealth of Massachusetts, at the Law Office of Steven J. Marullo, 435 Newbury Street, Suite 217, Danvers, Massachusetts 01923, on April 28, 2025, commencing at 10:00 a.m.

                CURRAN COURT REPORTING
                   21 Rowe Hill Road
             Stoneham, Massachusetts 02180
                Telephone:  (781)279-8400
             Email:  Currancourtrep@yahoo.com

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
CASSIDY E. ALMON, ESQ.
cealmonlaw@gmail.com
Law Office of Steven J. Marullo
435 Newbury Street
Suite 217
Danvers, Massachusetts 01923
(617)723-1111


ON BEHALF OF THE DEFENDANTS:
NORA ADUKONIS, ESQ.
adukonis@litchfieldcavo.com
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, Massachusetts 01940
(781)309-1510

UMass Boston, and I got a master's degree from Anna Maria.

Q. When did you graduate from UMass?

A. I'm not sure what date. In the '80s because it took me longer than four years. I transferred schools, sat out a little bit. I'm not exactly sure what my diploma reflects.

Q. That's okay.

A. In maybe '88.

Q. Okay. And the master's was right after that.

A. The master's was in -- after I got on the job, the police department, in '93, I went in '94, so it took me a little over a year, so probably '95.

Q. Okay. And was Everett your first police job?

A. Yes.

Q. What was your role there when you started?

A. I was a patrolman.

Q. In what year would you say that was?

A. It was 1994. I started the academy in '93, but my actual riding around in cars and acting as a patrolman was in '94.

Q. And you're a lieutenant now; right?

A. I am.

Q. When did you become lieutenant?

A.   Almost 11 years ago, I think.

Q.   Have you held any other positions there besides patrolman and lieutenant?

A.   I was a sergeant prior to that.  I was a sergeant for 10 years.  I think I got promoted in 2003.

Q.   And in general, what are your responsibilities as lieutenant?

A.   As lieutenant, I'm the officer in charge of the day shift.  I have 11 guys -- 10, 11 guys that work with me every shift and a sergeant, and I'm in charge of the day-to-day operations of the police station.

Q.   So you're in charge of supervising that group of --

A.   Yes.

Q.   -- 10 to 11 guys.

A.   Yes.

Q.   When did you first meet Joe Pepicelli?

A.   Let's see.  I knew him before he started, so I don't know what his date of -- of hire was, but I would say -- I'm getting confused with the times because COVID, kind of, wipes out two years, and I don't know how long he's been retired.  I'm not sure how long he worked there, probably 20 -- 22 years maybe, 20, 21 years ago.

he worked on whatever shift he worked.

We did work on one shift that I think he worked the first half before me which there is a five -- five-hour overlap from 9 to 2, but usually -- but he had never worked on my shift.

Q. So you never supervised him or anything.

A. Never directly.

Q. Okay.

A. But if I was a supervisor somewhere and I -- you know, during that overlap, I would assist in whatever way I could in my capacity as a supervisor if I saw anybody working any time.

Q. So I know Steven Mazzie was your chief for a while. I know he's since retired. What was your relationship with him --

A. Professional.

Q. -- other than work?

A. Other than professional, just professional really. I've never -- a guy retired -- like, I've never been out with him just he and I; if my -- a guy retired last -- two months ago, and when I saw him walk -- when he walked in, I happened to be at the bar. I offered to buy him a drink but never have I socialized with him just he and I.

Q.   But you would socialize in groups.

A.   Yeah, certain police functions we would both be in attendance, promotions or if somebody -- a guy retires, funerals.

Q.   Was he the one who promoted you to lieutenant?

A.   Yes.

Q.   Are you still in contact with him?

A.   No.  Well, I saw him at the -- I saw him at a function, at a St. Patrick's Day function, but I -- he was there.  I didn't know he was going to be there.

Q.   But you don't regularly --

A.   No.

Q.   -- communicate.

A.   No.

Q.   Are you aware of the allegations that you used an ethnic slur regarding Mr. Pepicelli?

A.   Yes.

Q.   What do you remember about that?

A.   I remember the day that it happened.  I was working my regular shift.  I received a phone call from Officer Pepicelli on my phone.  I was involved with something else, but I -- I had, at the time, laryngitis.

He asked me to do -- he asked me something.  I told him I would assist him if I could.  I tried to

assist him. I was unable to, and then I sent him a text saying I was unable to, you know, help him.

Then after that, a couple hours later, I had an argument with Captain Hamilton, who happens to be a friend of Officer Pepicelli's.

Q. What was that argument?

A. I was in the bathroom, and he came in and -- it's a very small area; I'd say closer than the ends of this table, and there's a sink right here, and there's a urinal right here. I was going to the bathroom, and he says, you yelled at my -- at Joe Pep.

I replied that I didn't. That's not what happened.

Then we -- he said, well, you can't talk to him that way. I -- he's my boy, stuff like that; I have his back. He said, you can't talk to him or -- and so I was looking at him, and I said, or, or what?

And he said at -- at this time, I'm going to the bathroom, I'm surprised and, you know, whatever. Anyway, he shrugs his -- he says -- shrugs or, and we're in a room that he's blocking the door that's, you know, literally 6 feet.

So I -- I took it he was threatening to fight me, so I remained relaxed, washed my hands. I says,

that's not what happened. There was a bunch of people listening to the conversation that I had with him on the phone. I told him I had laryngitis. I said, you should probably be able to tell that I can barely speak right now, whatever.

As we exited the bathroom, he continued. He said, well, you know, if there's ever a question of going forward, I would believe him as -- over you.

I said, why -- you know, what do you mean by that? I said, the circumstances don't matter.

And he says, no, sort of, like, based on your past history you have with him.

I said, I don't have any past history with him. We haven't worked together in 10 years. This is -- you know, I yelled at him once on a -- for using his phone. I said, I don't know what you're talking about.

He says, yeah, whatever.

Now I become irate, and he's irate. We start yelling at each other. During that time, I referred to him -- that's when I used that word to refer to him as -- as that. I called him a liar too. I might have called him an A hole.

And while this argument was going on, then

afterwards we were -- we were separated. We were heated. I thought we were going to fight. We were within 6 inches of each other screaming.

And he then went into his office, and I said, I don't treat him that way. I don't have anything to do with the kid, and I don't, you know, whatever, and then that was it.

And then -- that's what happened that day, and then I didn't think anything of it. I -- I didn't -- at that time, I wasn't thinking I had any problem with Joe Pep at all because that -- what had happened earlier in the day wasn't anything out of the ordinary.

My problem was with Captain Hamilton, not Joe Pep, so I wasn't even aware that -- you know, I wasn't aware there was any issue between Joe Pep and I other than I think he's incompetent and we avoid each other until two, two and a half months later.

The chief called me, and he happened to be coming in the building, and I was standing in the hallway, and he asked me if -- that he got a call from the mayor to look into this thing that Joe Pep had explained to the mayor that I -- that I pick on him and call him -- call him this word.

And I said, okay, and then the chief

subsequently did an investigation into it.

Q. Okay. Just for the record, what was the slur that you used?

A. Among other things, the -- the slur that I called him was Guinea.

Q. Did you ever say, I'm going to kill that fucking Guinea?

A. I don't believe so. I don't recall saying that.

Q. Is that a word you use often?

A. No.

Q. Just when you're angry?

A. Not necessarily when I was angry. I mean, it's not a word I use that often.

Q. What was your relationship with Captain Hamilton before this incident?

A. He and I, we never worked together. I know it sounds strange that we could be in the same building, but if you work a night shift and someone else works a day shift, you ain't seeing him.

So he got on, I think, shortly after Joe maybe, and we never worked together. If I saw him, it was in passing or at a training or something. It wasn't -- it was -- it was -- we were cordial but not

Q.   What's Captain O'Malley's role in all this?

A.   He was -- I believe he looked into it.  He was the person that investigated it, I guess, talked to the people that were there.

Q.   Is O'Malley still with the department?

A.   Yes.

Q.   What's his role there now?

A.   He is a captain.  He has various roles.  I think he's a captain in charge of patrol.

Q.   So what was that conversation like with all of you?

A.   That conversation was -- they went over -- they had my statement, and they had his statement.  They went over his grievances with me, if you will, and we -- we discussed those, and a lot of them were -- have you read it, his statement?

Q.   Yes.

A.   Okay.  A lot of them were outlandish and comical, and I explained those away, and he said in -- so the chief wanted me to explain to Joe why I used -- I apologized.  I said, Joe, I shouldn't have used that word.  I was -- I was -- I was in a heated argument.  I was about to get into a fight with somebody and I perceived it to be your fault, and the reason -- and

A.   We have several trainings we go to all the time.  Nothing -- like, we have assigned trainings in which there are classes in the trainings, and they -- they involve many different things, how to -- dealing with children with autism, being sensitive with people of races, being sensitive with people from -- immigrants, and things like that, not a specific class that I can remember, but we frequently, throughout the year, have to do these professional -- they're like professional development credits.  We call it NERPE, and we have to -- we've been doing that since I've been on the job actually.

Q.   Is the purpose of those for dealing with civilians?

A.   Yes.  There are other ones relating to police officers, but I don't know about -- like, if a guy -- telling if a guy's stressed or, you know, looking out for depressed officers and things like that, yes.

Q.   Did you have any other problems with Hamilton or -- or Joe Pepicelli after this?

A.   I've never spoken with either of them since.

Q.   Okay.  How did you feel about Joe going to the mayor?

MS. ADUKONIS:  Objection.

relationship. He's been the mayor for a number of years.

Q. Do you communicate with him often?

A. The mayor?

Q. Yeah.

A. No.

Q. Are you aware of any similar situations to this one with Joe that have happened with other officers?

A. That he --

Q. Discrimination and complaints?

MS. ADUKONIS: Objection.

You can answer.

A. Okay. He's never complained to me about -- Joe personally has never complained to me about it, and I'm not -- unaware if he's complained to anybody else about it.

I believe that he -- the people that he worked with -- I was not one of them, some of them that he was comfortable with -- I believe they joked with each other frequently, but never heard him -- any complaints from him directly or that he had complained about anybody.

Q. (BY MS. ALMON) Okay. How would you describe Joe as a police officer?

A.    I did not think he was that competent.

Q.    And why do you think that?

A.    He struggled with tasks that every -- that most every single police officer should know how to do, accident reports, writing reports, things of that nature.

Q.    So why do you think he kept his job for so long?

MS. ADUKONIS:  Objection.

You can answer.

A.    I -- I believe once you're -- once you're hired, you are, you know, a part of something that people, you know, do their best to help -- help you out at times.

And you stay with a group of people that will -- more so that will, and throughout your career you stay with those people, and you can -- you can -- you can get by.  You can squeeze by, not everybody's a fantastic lawyer or a fantastic doctor.  There are deficient degrees in every profession.

And his -- his -- I just feel he needed other -- he needed to rely on other officers and not all the other officers wanted to do his job for him, so, like, he -- you know, I didn't -- I didn't -- I didn't think

they said.

Q. And you agree that other officers using those words even as a joke is not appropriate in the workplace.

A. I agree.

Q. Can you tell me a little bit about the incident with Joe that led to your fight with Hamilton?

A. He had called -- excuse me -- he had called me regarding a -- he was working a detail where -- with a -- for the gas company, and they -- the -- some of the workers went on ahead to -- moved onto another street to scout their next location.

When they did that, they went onto a street that was being scheduled for street cleaning. Their cars were subsequently tagged and towed.

And afterwards, he -- so they came back, and they told him that their cars were towed, and he said, oh, I'll be able to -- my understanding is that he said that he would be able to take care of it.

He called down there, and they told him they're not giving the cars back, so he called -- he was working a detail with another person actually. At that time, that other person wasn't there. That other person went on their break, said they had to go to the

bathroom, whatever it was.

So he called me on the phone. I was -- he called me on my cell phone. I answered. I said, what's up, Joe, you know. I'm not feeling well. I told him.

He said they said -- he said they said they would give the car back -- give the cars back if headquarters called.

I was in the middle of something. There was someone at the window accusing an officer of racism down at the casino. I was dealing with that, then he called me on the cell phone.

I said, all right, Joe, like, give me a chance. I'll take care -- I'll -- I'll -- and he -- I said, well, what car -- what street were they towed from, blah, blah, blah.

And he was -- he starts stuttering when he's -- they -- they -- they, you know, and he couldn't give me any answers when I asked.

I said, all right, I'll look into it. I'll get back to you. I hung up the phone. I handled the matter that was in front of me.

I went back in. Meanwhile, this had happened to me before. I've had the same exact situation. The tow company's not too keen on giving the cars back once

they took them.

And I know the angle that he was trying to play was he wanted to use my rank as influence to get them back, which I would not do, but I would call, as he said, he said call, and that they would give them back.

So my throat was killing me, so I couldn't make the call myself. I said to this -- one of the inside people. I said, Paul Young, you call. Paul's, like I said, another patrolman who worked the desk with me. He has since retired.

He called, and he said the guy was mad. The guy was mad that I called. And he said, they were there. They were tagged. They were towed, and we're not giving them back.

So I said, okay. So I called Chad Luongo, who's the parking clerk, to ask him if he -- we could -- he could have the tickets taken away at least and have the city's portion of the tow covered, so whatever the fee would be, it would be lowered for these guys. They were just, you know, doing their job. And he -- he was in a meeting, so he didn't answer my phone call.

So I texted that back to Joe that to do this, you know, take them to -- take them to get their cars, take them to city hall to get their tickets fixed,

whatever, we can't do anything about it.

Meanwhile, I got a call from the officer that he was with who said, lieutenant, I'll take care of it. Joe's having a meltdown. I'll take care of it.

I said fine. That was Officer Nuzzo. He works -- he still works at the police station with me today. He said, I'll take care of it.

And I said fine. And that was the last time I had talked to Joe other than that meeting that I had with the chief or saw anything.

The thing with Hamilton happened a couple hours later because after he called me and didn't get any help, he called Hamilton.

They told Hamilton the same thing. I think that made him angry, that they told him to pound sand. And then he actually called Sergeant Gaff, who was on vacation, in -- he was down in Newport, Rhode Island, on the beach with his wife, and he kept calling him, so he answered.

And I said, Joe, don't call him with this stuff. He -- he was clearly -- he clearly told these guys he would get them his cars back, and they wouldn't have to pay for it, and he was trying to -- trying to facilitate that, and it didn't happen.