# EXHIBIT
# 2

VOLUME: 1
PAGES: 1 - 53
EXHIBITS: 1 - 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:
1:23-CV-12406-JEK

```
*********************************
JOSEPH PEPICELLI,                   *
        Plaintiff,                  *
                                    *
    vs.                             *
                                    *
EVERETT POLICE DEPARTMENT,          *
CITY OF EVERETT,                    *
POLICE CHIEF STEVEN MAZZIE, and     *
LIEUTENANT NEIL BURKE,              *
        Defendants.                 *
*********************************
```

**DEPOSITION OF STEVEN MAZZIE**, a witness called on behalf of the Plaintiff, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jacqueline M. Curran, (CSR #134293), a Registered Professional Reporter, Registered Merit Reporter, and Notary Public in and for the Commonwealth of Massachusetts at LAW OFFICE OF STEVEN J. MARULLO, 435 Newbury Street, Suite 217, Danvers, Massachusetts, on Monday, April 14, 2025, commencing at 10:08 a.m.

CURRAN COURT REPORTING
21 Rowe Hill Road
Stoneham, Massachusetts 02180
(781) 279-8400 (telephone)
E-mail: currancourtrep@yahoo.com

A P P E A R A N C E S

<u>Representing the Plaintiff</u>:

LAW OFFICE OF STEVEN J. MARULLO
By:  Cassidy E. Almon, Esq.
435 Newbury Street, Suite 217
Danvers, MA 01923
(978) 750-0500
cealmonlaw@gmail.com

<u>Representing the Defendants</u>:

LITCHFIELD CAVO, LLP
By:  Nora Adukonis, Esq.
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1521
adukonis@litchfieldcavo.com

A.   I don't believe so.  I believe they were in the men's restroom together.

Q.   So that was told to you by Burke?

A.   Well, I talked -- I did a follow-up with both Captain Hamilton and Burke, and it was legit that the conversation took place in the bathroom.

Q.   What did you do in response to this whole situation?

A.   I told both of them to basically act like professionals, to knock it off.  I advised Hamilton not to be basically throwing his weight around in a circumstance like this. And as part of a follow-up, the comment that Burke made, we had another sit-down, and that involved myself, Captain O'Malley, Burke, and Pepicelli, and Burke apologized to Joe for using the slur that he used to Hamilton in the bathroom that particular day.

Q.   Did Burke admit to using the slur?

A.   He did.

Q.   And was there any discipline?

A.   Nope.  They were both -- you know, he apologized to him.  He was counselled on

it, and he said it won't happen again, which it didn't.

Q. Had there been any other complaints about Burke and his language?

A. No.

Q. Did you discuss any of this situation with HR?

A. I did. I gave feedback to HR, I believe, and the mayor's office.

Q. Would that have been in either of their files?

A. That I had a conversation?

Q. (Nods head).

A. No. No. Something like that wouldn't go in. I definitely -- I had to give feedback to the mayor's office because, in this situation, Pepicelli had gone to the mayor's office on the ethnic slur issue, and one of the mayor's staffers had called me -- I can't remember what the time frame is on these, but had called me about it, and I said I would follow up, which I did, and I took the action that I just told you and gave them feedback on how it was handled.

MS. ALMON:  I'm going to show you an e-mail from the mayor to you.

THE WITNESS:  Okay.

(Deposition Exhibit No. 2, E-Mail to Steven Mazzie from Mayor Carlo DeMaria, marked for identification)

Q.   So would this be in reference to this whole situation that you talked about how Joe went to the mayor about the Burke situation?

A.   So, I believe -- to answer your question, yes.  So I believe this e-mail came -- might have came -- it came simultaneously with a phone call, so one of the people copied on this is Kevin O'Donnell.  He was a staff assistant up there, so I believe the mayor sent this, and simultaneously, I got a phone call from Kevin O'Donnell, and I reassured him I would look into and follow up on this.  And what I just told you I did was as a result, and I gave feedback to them as to, you know, how things went and how it was handled.  As far as them going up there, I don't know if that took place or not.  I don't remember that

or not.

Q.   Can you just read the e-mail out loud just for the record?

A.   It's from Mayor Carlo DeMaria to Chief Mazzie.  Copied on it is Kevin O'Donnell, and it says, Subject:  Neil Burke/Joe Pepicelli.  "Would like them both to come in with their union reps if they want and Paul Hamilton if available regarding the use of the word 'guinea.'  Thank you."

Q.   Was there a reason why their union reps weren't part of that meeting that you had?

A.   Their union reps -- we spoke to the union reps on this -- on this whole matter.  As far as the union -- going up with the union reps, I think they chose not to go up.

Q.   Okay.  So when he said "go up," you think he meant to city hall?

A.   Yeah.  Well, yeah.  I don't know.  I don't know if they went up there or not with the union reps.

Q.   Okay.

A.   I know the mayor's office wanted