# EXHIBIT
# 3

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


JOSEPH PEPICELLI, .
 . C.A. No.
   Plaintiff, . 1:23-cv-12406-MPK
 .
 vs. . Lynnfield,
 . Massachusetts
EVERETT POLICE DEPARTMENT, .
CITY OF EVERETT, POLICE CHIEF . July 14, 2025
STEVEN MAZZIE, and LIEUTENANT .
NEIL BURKE, . 10:11 a.m.
 .
   Defendants. .
 .
. . . . . . . . . . . . . . . . .


DEPOSITION OF

JOSEPH PEPICELLI


Taken by the Defendants


ROBERT PICHARDO, CER-2744
Esquire Deposition Solutions



APPEARANCES OF COUNSEL


On behalf of Plaintiff, JOSEPH PEPICELLI:

    CASSIDY E. ALMON, ESQ.
    LAW OFFICES OF STEVEN J. MARULLO
    435 Newbury Street
    Suite 217
    Danvers, Massachusetts 01923
    617-723-1111


On behalf of Defendant, EVERETT POLICE DEPARTMENT, CITY OF
EVERETT, POLICE CHIEF STEVEN MAZZIE and LIEUTENANT NEIL
BURKE:

    NORA R. ADUKONIS, ESQ.
    LITCHFIELD CAVO LLP
    6 Kimball Lane
    Suite 200
    Lynnfield, Massachusetts 01940
    781-309-1500
    adukonis@litchfieldcavo.com



different shifts.

Q.   After 2006 to 2007, were you on a shift supervised by Neil Burke?

A.   I -- I don't remember how -- how many times I was, but I was -- at least for a year, here or there, he was my supervisor.  I forget, because we had so many different picks every year, so there was -- so -- so there's been 16 years of different picks, so I can't put them -- some days, I worked -- sometimes, I worked days.  Sometimes, I worked overnights --

Q.   What was the --

A.    -- on midnights.

Q.   What was the most recent year that you were on a shift supervised by Lieutenant Burke?

A.   Oh, no.  I got seniority.  I was able to keep away from him.

Q.   So what was the most recent year?

A.    2021, I retired.  So the most recent year that what?  I'm sorry.

Q.   The most recent year that you were on a shift supervised by Lieutenant Burke?

A.    Oh, it was at the beginning when I had no seniority.  I don't remember how many times, but when I had no seniority, I had to pick what was left.  So they had four days on, four days off.  I tried to pick on his days off.



Q.   So if you began in 2006 with the City of Everett, and you stopped with the City of Everett in 2020 or 2021 --

A.   2021.

Q.   -- would the last year that you were on a shift supervised by Lieutenant Burke be before or after 2010?

A.   Probably before.  I had seniority, so whenever I could pick away from him, I did.

Q.   And what was your last day with the Everett Police Department?

A.   I had COVID.  I almost died, so it was in February. I was supposed to get -- retire in January, so it was sometime in February, the end of February.

Q.   The end of February of what year?

A.   2021.

Q.   And -- sorry.  The end of your last answer, you mentioned something about retirement?

A.   Yes.

Q.   Did you say that you were supposed to retire in '21?

A.   Well, the chief was giving me forced retirement on my injuries.

Q.   Sorry, I must have misheard your answer.  So your last day actively at work was in February of 2021?

A.   No.  I was in the hospital from January all the way into -- I -- I got out the end of January.  I was sick from the -- I almost had died from COVID.  So I was in the

