# EXHIBIT
# 4



**CITY OF EVERETT**
**EVERETT POLICE DEPARTMENT**
**OFFICE OF THE CHIEF OF POLICE**
**45 ELM STREET**
**EVERETT, MASSACHUSETTS 02149**

Steven A. Mazzie
Chief of Police

Tel: 617-389-2120
Fax: 617-394-2379

To:  Chief Steven Mazzie

From:  Lt Neil Burke

Subject:  Detail Incident

Date:  Thursday, November 7, 2019

---

On or about Aug 21, 2019 I was working my regular duty shift as shift OIC. At some point during the morning I was asked by Lisa Lamonica to come into central records to deal with an irate citizen at the window who was unhappy with the way an accident report was written up claiming that the officer was racially biased in his report. At this time I received a phone call from Ofc Pepicelli on my personal cell phone. This was either the third or fourth time during that week that Ofc Pepicelli was calling a supervisor to assist him on a detail so I excused myself to the patron at the window explaining that this was also a police matter and answered the call. Ofc Pepicelli proceeded to tell me that he was working a detail on Carter St with RJ Devereaux and that 2 of their vehicles were towed from Main St and that they were at Quealeys Towing and that they would not release the vehicles unless they received a call from Headquarters. I tried to ask Ofc Pepicelli questions as to where they were parked and why they were towed but he was having difficulty answering my questions. That week I had a Chest cold and my throat was raw to the point where it was difficult and painful to talk so, I stopped asking Ofc Pepicelli questions and told him that my voice was gone but that I would make the call to Quealeys. This conversation took place in front of three other people, Ofc Jillian Donnelly, Lisa Lamonica and Gail Russo.

After dealing with the Party at the window I went back to the control room and called dispatch to try to find out who towed the two cars and why. I was told that parking enforcement had not been in the area for well over an hour and that they were now towing in the lower Broadway area. At this point my throat was really bothering me so I asked Ofc Paul Young to call Quealys for me. Ofc Young called Quealys and inquired about the cars. Quealys said the cars were parked on Hawthorne St and had tickets from parking enforcement on them so they were towed. Ofc Young stated that whoever he spoke with seemed a little agitated by the call and said that they did everything right and that they were not going to release the cars. I then called Chad Luongo the parking clerk to ask if there was anything that he could do to help with this situation but my call was not answered. I then sent a text to Ofc Pepicelli detailing to him who I called and relaying the message that Quealys was not going to release

the cars so the Devereaux people were on their own to retrieve their vehicles. A short time later Ofc Frank Nuzzo called me and told me that he was on his break while Ofc Pepicelli was having a melt down about these cars being towed. He said that he would handle it and he did. He later told me that he drove the Devreaux crew down to Quealys to pick up their cars. He then went to City Hall and spoke to Chad Luongo who voided the parking tickets and waived the City portion of the tow fee. I later learned from Sgt Joe Gaff that Ofc Pepicelli had called him three times on his personal phone until he picked up the phone and asked what the emergency was. It was explained to Sgt Gaff that he already called myself and Capt Hamilton about the cars being towed. Sgt Gaff explained to Ofc Pepicelli that if he already spoke to a Lt and a Capt about the matter he shouldn't be calling a Sgt, especially one who is on vacation in Newport RI.

For the next couple of hours I booked prisoners and continued on with my duties as shift OIC until I had an occasion to use the mens bathroom located on the first floor. While I was standing using the urinal Capt Hamilton came into the bathroom and started washing his hands. He looked at me and said "I heard you yelled at Joe Pep today." I was very surprised at the statement and replied "I didn't yell at him I have laryngitis and can hardly talk and I told him that when I spoke to him." Capt Hamilton continued with "He said you would say that." "He is not an easy mark you know, I have his back and you can't talk to him like that anymore..or?" I then replied "You're serious?? ..Or?" Capt Hamilton then stared at me tilted his head to the side shrugged his shoulders and said "Or?" I then finished at the urinal and washed my hands. We both exited the bath room and entered the hallway.

My interpretation of what had just happened in the bathroom was that I was threatened by Capt Hamilton. Whether physically or professionally I was still unsure, but without question, he was trying to intimidate me. At this point I still wanted to clarify my position that this incident did not occur the way it was told to him by Ofc Pepicelli. I explained to Capt Hamilton that three other people were present during my conversation with Ofc Pepicelli and that they could corroborate the nature and tone of the entire conversation. I then explained what steps I had taken to help Ofc Pepicelli with his dilemma and that they also could easily be corroborated by other witnesses.

We both continued walking into the central records room where Gail Russo was sitting at her desk working. I thought the argument had ended and I was about to leave when Capt Hamilton pointed his finger at me and stated "I don't believe you, and if anything ever happens in the future I will believe him over you" I was now irate at this point and my intensity now matched Capt Hamiltons. I asked him "What are you talking about?? Despite the circumstances or the truth?" Capt Hamilton then stated "Because of your track record!" to which I responded "I have a track record of headhunting guys down here? are you crazy??" Capt Hamilton yelled "Because you have a past history with him" to which I responded "What history are you talking about? That I yelled at him for not doing his job 12 years ago at traffic accident on Main St.?"

By this time we were both yelling in the middle of central records. Capt Hamilton had threatened me physically and was now questioning my integrity. I then said to Capt Hamillton "Because of that little Guinea asshole liar!" to which he pointed his finger in my face and said "Careful...you can't use that

word around here" to which I replied "What? Guinea? That little Guinea asshole lied about me!!" "I feel fine going up to the Chief, the Mayor or before a Judge regarding my actions today! How about you?"

At this time Capt Hamilton turned and walked into his office and sat down. He then said "I love that kid like a brother , he is not an easy mark, I have his back." I then said "I don't treat him like an easy mark. I do not play tricks on him or make fun of him like the rest of the people around here. I have specific thoughts regarding his competency as a police officer but I didn't hire him. He is here and one of us, and I would help him or anybody else here. I say hello Joe, goodbye Joe and if he brought in a tray of food I would eat it and say thank you Joe. That is how I treat him." I then turned and went back to the control room.

The next day I went to Gail Russo to apologize for losing my temper and raising my voice in her presence. I regret using a derogatory term in speaking about Ofc Pepicelli . In my defense, I was in the middle of an adrenaline rush, angry and speaking about a person who I believed was responsible for me about to be in a physical confrontation . This type of behavior from Capt Hamilton is not unusual for him. I am not the only person in the Superior Officers Union to be threatened by Capt Hamilton, nor am I the only person in the Superior Officers Union who has been threatened by Capt Hamilton over a perceived slight to Ofc Pepicelli. During this incident I was resolved that he was not going to bully, threaten or intimidate me as he had other people in the past. Until that day I did not have an antagonistic relationship with Capt Hamilton. I have never been on a shift or worked with him since his arrival from The Boston Municipal Police Dept. Had Ofc Pepicelli come to speak to me regarding his hurt feelings about the tenor and tone of our phone conversation, I would have explained to him again that I was not mad at him and he would have realized that I was dealing with laryngitis. If Capt Hamilton said that Ofc Pepicelli thinks that you are angry with him and asked me to speak with him regarding his hurt feelings I would have, but neither of those things happened. I have not seen or spoken to either Ofc Pepicelli or Capt Hamilton since this incident occurred over 2 and a half months ago in August.

As for my "track record" "past history" with Ofc Pepicelli , it is neither extensive or remarkable. We do not work on the same shift often and have only been on the same shift once I believe in the 13 years since he also was hired here from the Boston Municipal Police Dept. The accident I referred to verbally with Capt Hamilton happened close to 10 years ago. I reprimanded Ofc Pepicelli for being on the phone instead of performing his duties at a traffic accident. The next day he told me that he was upset with me because I had embarrassed him by interrupting his phone conversation. That was a typical response for Ofc Pepicelli who is unable to absorb any type of criticism or professional direction. Dealing with Ofc Pepicelli is very frustrating as he will either shut down or start to babble incoherently when he is frustrated , the way a young child would. I have observed Ofc Pepicelli struggle with the everyday responsibilities of being a Police Officer here in Everett, dealing with motor vehicle accidents, writing reports, handling calls for service, etcetera. In many cases either another Officer or Supervisor has to assist him so that he may complete his assignments.

I expect all sworn officers to be able to perform the duties required of them and I hold them accountable as such. Ofc Pepicelli knows what I expect from the Patrolman I work with and that I will not coddle him. For this reason I believe that Ofc Pepicelli picks away from me whenever possible. This explains why we have had so little contact since he has been here. I understand that this is something he speaks about often. Last week another patrolman told me that he and others were joking with him about his relationship me a couple of weeks ago. I do not participate in the ridicule of Ofc Pepicelli and cannot fathom his charges of harassment against me.

I have never addressed Ofc Pepicelli by anything other than his given name of "Joe". I have never while on duty or off sought him out to harass him in any way. I have never participated in a prank, joke or had sport at his expense. I have never been accused by any other member of the Everett Police Department of such an offense. I have never been accused by any member of the public in over 26 years of service with the Police Department or close to 30 years as a City of Everett employee of such an offense. I apologize for the use of a derogatory remark albeit under conditions of extreme duress. I vigorously deny any allegations of harassment against Ofc Pepicelli or anyone else.


Respectfully Submitted,

Lieutenant Neil Burke