UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH PEPICELLI, Plaintiff, | ) | |
| v. | ) | C.A. No. 1:23-cv-12406-MPK |
| EVERETT POLICE DEPARTMENT, CITY OF EVERETT, POLICE CHIEF STEVEN MAZZIE, and LIEUTENANT NEIL BURKE, Defendants. | ) | |

NOTICE OF WITHDRAWAL

Please withdraw my Appearance for the Plaintiff, Joseph Pepicelli, in the above-referenced matter.

Respectfully submitted,

*/s/ Cassidy E. Almon*

Cassidy E. Almon, Esq.
(BBO# 710691)
Law Office of Steven J. Marullo
435 Newbury Street, Suite 217
Danvers, MA 01923
617-723-1111
cealmonlaw@gmail.com

Dated: September 2, 2026

CERTIFICATE OF SERVICE

I, Cassidy E. Almon, Esq., hereby certify that on this 2nd day of September, 2026, I caused the foregoing document to be served on all parties of record.

*/s/ Cassidy E. Almon*